[Nos. 41509-7-II; 41744-8-II.   Division Two.   June 1, 2012.]

COST MANAGEMENT SERVICES, INC., *Respondent*, v. THE CITY OF LAKEWOOD ET AL., *Appellants*.

COST MANAGEMENT SERVICES, INC., *Respondent*, v. THE CITY OF LAKEWOOD, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 10-2-13684-9 and 09-2-10518-4, Elizabeth P. Martin, J., entered November 5, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ. Now partially published at 170 Wn. App. 260.

[No. 41542-9-II.   Division Two.   June 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON JEFFERY FINISTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02732-9, Ronald E. Culpepper, J., entered December 3, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 41614-0-II.   Division Two.   June 1, 2012.]

GARRY FOURRE, *Appellant*, v. THE BOARD OF ENGINEERS AND LAND SURVEYORS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01440-1, Carol Murphy, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 64340-1-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY G. WINFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00787-4, David A. Kurtz, J., entered September 28, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Schindler, JJ.